IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. HARRELL, JR., | No. C 15-01817 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT GEORGE WEIGANDT WITH PREJUDICE** |
| HSS, INC., GEORGE WEIGANDT, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff has filed a request to dismiss defendant George Weigandt with prejudice from the above-captioned matter (Dkt. No. 28). Defendants have filed a statement of non-opposition (Dkt. No. 29). Plaintiff's request is hereby **GRANTED**. George Weigandt is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE