**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. HARRELL, JR.,<br><br>          Plaintiff,<br><br>  v.<br><br>HSS, INC., GEORGE WEIGANDT, and DOES 1 through 10, inclusive,<br><br>          Defendants.<br>                                                                      / | No. C 15-01817 WHA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff has filed a request to dismiss the entire action with prejudice (Dkt. No. 31). Defendants have filed a statement of non-opposition (Dkt. No. 29). Plaintiff's request is hereby **GRANTED**. The action is **DISMISSED WITH PREJUDICE**. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE